THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James D.
 McCornell, Appellant.
 
 
 

Appeal from Fairfield County
  Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2008-UP-706
 Submitted December 1, 2008  Filed
December 16, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster, for
 Respondent.
 
 
 

PER CURIAM: James D. McCornell appeals his guilty plea to assault and battery of a
 high and aggravated nature.  He maintains his guilty plea failed to conform
 with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Specifically,
 McCornell asserts the trial court failed to explain the consequences of
 pleading guilty.  After a thorough review
 of the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] McCornells appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.